UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUSTIN PEREZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COLOMBIAN NIGHTS LLC a/k/a COLOMBIAN NIGHTS a/k/a NOCHES DE COLOMBIA, MARIA C. VELEZ *et. al.*<br><br>*Defendants*. | **Civil Action No. 2:24-cv-05891-CCC-JRA**<br><br>**STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*Filed Electronically* |

WHEREAS, Plaintiff AGUSTIN PEREZ ("Plaintiff") caused a Complaint to be filed in this Court on May 7, 2024 against COLOMBIAN NIGHTS LLC a/k/a COLOMBIAN NIGHTS a/k/a NOCHES DE COLOMBIA, MARIA C. VELEZ *et. al.* (collectively, "Defendants") (collectively, Plaintiff and Defendants referred to herein as the "Parties"); and

WHEREAS, the Parties reached an agreement to amicably resolving this matter;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendants, having reached an agreement amicably resolving this matter, and the Parties appearing through counsel, hereby stipulate, based on the commitment of the parties, as follows:

1. Plaintiff dismisses this matter with prejudice as to all Defendants;

2. Plaintiff will file a separate stipulation of dismissal with prejudice as to defendant Sebastian Colorado;

2. Each party shall bear its own costs and fees, including attorneys' fees; and

3. This Court retains jurisdiction to enforce this Stipulation and Order of Dismissal, and any other agreements between the Parties related to this Stipulation and Order of Dismissal.

22

IT IS SO ORDERED on this __10__ day of __January__, ~~2024~~ 2025

_____
HON. CLAIRE C. CECCHI, U.S.D.J.

The form and substance of this Order is hereby consented to by:

**HARRISON, HARRISON & ASSOC.**  **MKC Law Group**
*Attorneys for Plaintiff*  *Attorneys for Defendants*

_David Harrison_  _____
David Harrison, Esq.  Michael Chong, Esq.

Date: 12/23/2024  Date: 12/23/2024

23